1                                     **O**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Trustees of the Southern California IBEW-NECA Pension Plan, et al, <br><br> Plaintiff, <br><br> v. <br><br> Nationwide Electric, Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 09-9276 RSWL <br><br> ORDER Re: Default Deficiency |
|---|---|---|

On June 10, 2010, Plaintiff filed its Request for Clerk to Enter Default against Defendant Nationwide Electric, Inc. [11]. The Clerk of Court issued a Notice of Deficiency on June 11, 2010 [12]. The Clerk found that it could not enter the requested default because it was unclear if Jessica Doe, Postal Annex Clerk, is authorized to accept service, and/or person in charge.

///

///

1

1 | The Court hereby finds that Jessica Doe is not authorized to accept service on behalf of Defendant in this matter.  Therefore, Plaintiff must again attempt to serve Defendant and provide a valid proof of service to the Clerk.

Plaintiff must re-file its amended Request for Clerk to Enter Default Judgment against Defendant Nationwide Electric, Inc. no later than July 16, 2010.

DATED: June 15, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge