O   JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>         Plaintiffs,<br><br>    v.<br><br>NATIONWIDE ELECTRIC, INC., a California corporation,<br><br>         Defendant. | CASE NO.: CV 09-09276 RSWL (OPx)<br><br>**JUDGMENT** |

1     The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Nationwide Electric, Inc., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, and for good cause shown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union shall recover from defendant Nationwide Electric, Inc., a California corporation, the principal amount of $23,205.63, plus post-judgment interest thereon from the date judgment is entered until paid in full.

DATED: July 7, 2010

                                        **RONALD S.W. LEW**
                                        _____
                                        Honorable Ronald S.W. Lew.
                                        Senior, U.S. District Court Judge

[Proposed] Judgment

311340.1